Roscoe ROBINSON, et al.,
Plaintiffs–Appellants,

v.

HARBERT INTERNATIONAL, INC., et al., Defendants–Appellees.

No. 90–7026
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 27, 1990.

J. Scott Vowell, Birmingham, Ala., for plaintiffs-appellants.

L. Graves, Stiff, III, Thomas L. Selden, Starnes & Atchison, Birmingham, Ala., for defendants-appellees.

Before FAY, HATCHETT and EDMONDSON, Circuit Judges.

PER CURIAM:

The judgment is AFFIRMED based upon the Memorandum Opinion entered by the district court on December 8, 1989, and reported at 743 F.Supp. 797.